Monte J. White and Associates, P.C.
Monte J. White
402 Cypress, Suite 310
Abilene, TX 79605
(325)673-6699
ecfabilene@montejwhite.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Christopher Earl Turner | § | |
| | § | CASE NO. 13-10001-RLJ-13 |
| | § | HEARING DATE:  10/30/2013 |
| DEBTOR | § | HEARING TIME:  11:00 AM |

### DEBTOR'S RESPONSE TO TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTIONS TO CLAIMS AND PLAN MODIFICATION

DEBTOR Christopher Earl Turner, by and through attorney, Monte J. White, filed this Debtor's Response to Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification, and respectfully show the Court as follows:

1. Debtor wishes to surrender, in full satisfaction of debt, the 2006 Acura that is security for a debt to Security National Auto Acceptance.
2. Debtor does not propose a payment or plan base change at this time.

FOR THESE REASONS, Debtor asks that the Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification be denied or in the alternative, set for hearing on the date indicated.

Respectfully submitted,
/s/Monte J. White
Attorney for Debtors

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response was served on September 16, 2013 on the following attached parties in interest at the addresses listed below by ECF and/or regular U.S. First Class mail:

/s/Monte J. White
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 13-10001-rlj13<br>Northern District of Texas<br>Abilene<br>Mon Sep 16 12:21:36 CDT 2013 | Security National Automotive Acceptance Co.<br>c/o Jeffrey B. Resnick, P.C.<br>6440 North Central Expwy.<br>Suite 501<br>Dallas, TX 75206-4137 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | 5 Star Bank<br>55 N. Main St.<br>Warsaw, NY 14569-1325 | AAFES/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245-3504 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| American Warrior Network<br>4400 PGA Blvd., Suite 902<br>Palm Beach Gardens, FL 33410-6563 | Armed Forces Bank, N.A.<br>Douglas M. Neeb, Esq<br>1111 Main St., Ste. 1600<br>Kansas City, MO 64105-2114 | Armed Forces Loans Of Nevada<br>6161 S Rainbow Blvd Ste 100<br>Las Vegas, NV 89118-3270 |
| Asset Acceptance LLC<br>P.O. Box 2036<br>Warren Mi 48090-2036 | Baja Broadband<br>P.O. Box 660664<br>Dallas, TX 75266-0664 | Caine & Weiner<br>Po Box 5010<br>Woodland Hills, CA 91365-5010 |
| Capital Accounts<br>2120 Crestmoor Rd. Ste 30<br>Nashville, TN 37215-2654 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Central Fin<br>3424 North First<br>Abilene, TX 79603-6912 |
| Christopher Earl Turner<br>6201 Duchess<br>Abilene, TX 79606-1012 | Comfort Care Dental Group<br>2024 W. Henrietta Rd. Ste 5 J<br>Rochester, NY 14623-1360 | Cortese Dodge, Inc.<br>2400 W. Henerietta Rd.<br>Rochester, NY 14623-2324 |
| Crd Prt Asso<br>Attn: Bankruptcy<br>PO Box 802068<br>Dallas, TX 75380-2068 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| Diversified Dental Services<br>P.O. Box 1168<br>Trussville, AL 35173-6100 | Enterprise Rent A Car<br>803 W. Colorado Ave<br>Colorado Springs. CO 80905-1551 | Eos Cca<br>300 Canal View Blvd. Ste<br>Rochester, NY 14623-2811 |
| Federal Credit Union<br>3801 W. Blvd. Dr.<br>Flint, MI 48505-3071 | Freedom Acceptance Corp<br>1150 E. Little Creek Rd<br>Norfolk, VA 23518-3826 | Freedom Acpt<br>Customer Financial<br>Norfolk, VA 23518 |

| | | |
|---|---|---|
| I C System<br>Attn: Bankruptcy<br>444 Highway 96 East, P.O. Box 64444<br>Saint Paul, MN 55164-0444 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jeffrey B. Resnick, P.C.<br>Attorneys for Creditor SNAAC<br>6440 North Central Expwy., Suite 501<br>Dallas, TX 75206-4137 | Mercantile Adjmnt Bur<br>6390 Main St.<br>Williamsville, NY 14221-5857 |
| Monroe County Library System<br>115 S. Ave<br>Rochester, NY 14604-1817 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | Nco Fin /99<br>Po Box 15636<br>Wilmington, DE 19850-5636 |
| Partner Credit Union<br>6221 Sheridan Blvd<br>Arvada, CO 80003-5299 | Q-Dental Group<br>2300 Buffalo Rd.<br>Cornerstone Center, No. 300<br>Rochester, NY 14624-1360 | Rochester Gas & Electric<br>89 E. Ave<br>Rochester, NY 14649-0002 |
| Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Security National Automotive Acceptance Co.<br>6951 Cintas Blvd<br>Mason, OH 45040-8923 | Security Service-ins<br>PO Box 691510<br>San Antonio, TX 78269-1510 |
| Solomon & Solomon P C<br>5 Columbia Circle<br>Albany, NY 12203-6374 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Strong Memorial Hospital<br>601 Elmwood Ave<br>Rochester, NY 14642-0002 |
| Susan Caballero Turner<br>6201 Duchess<br>Abilene, TX 79606-1012 | The Credit Bureau Inc<br>EOS CCA<br>300 Canalview Blvd. Suite 130<br>Rochester, NY 14623-2811 | Tice Assoc<br>P.O. Box 1168<br>Trussville, AL 35173-6100 |
| Town of Henreitta<br>475 Calkins Rd.<br>Henerietta, NY 14467 | Triad Financial Corp/Santander<br>Attn: Bankruptcy Department<br>PO Box 105255<br>Atlanta, GA 30348-5255 | U S Dept Of Ed/gsc/chi<br>400 Maryland Ave<br>SW Washington, DC 20202-0001 |
| URMC Phy Family Medical Center<br>777 S. Clinton Ave<br>Rochester, NY 14620-1448 | Unique National Collec<br>119 E. Maple St.<br>Jeffersonville, IN 47130-3439 | University of Rochester Medical Center<br>601 Elmwood Ave., Box 320<br>Rochester, NY 14642-0001 |
| Verizon<br>Verizon Wireless Bankruptcy Administrati<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Virtuoso Sourcing Grou<br>3033 S Parkerste 1000<br>Aurora, CO 80014-2919 | Wegmans Credit Department<br>1500 Brooks Ave<br>Rochester, NY 14624-3512 |

Wells Fargo Bank  
PO Box 63491 MAC A0143-042  
San Francisco, Ca 94163-0001

Christopher Earl Turner  
5249 US Hwy 277 S, Apt 285  
Abilene, TX 79605-8009

Pamela Jean Chaney  
Monte J. White & Associates, P.C.  
American State Building  
402 Cypress, Ste. 310  
Abilene, TX 79601-5151

Walter 12,13 OCheskey  
6308 Iola Avenue  
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV  
PO Box 70014  
Boise ID 83707-0114

Internal Revenue Service  
PO Box 21126  
Philadelphia, PA 19114

Sprint  
PO Box 79357  
City of Industry, CA 91716-9357

(d)Sprint Nextel  
Attn: Bankruptcy Dept  
PO Box 7949  
Overland Park KS 66207-0949

End of Label Matrix  
Mailable recipients    63  
Bypassed recipients     0  
Total                  63